FILED

07/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0370

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0370

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MICKEY RODNEY PAYNE,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellees' motion for a 30-day extension of time, and good cause appearing therefor, Appellees are granted an extension of time to and including August 11, 2020, within which to prepare, serve, and file its response brief.

**MP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 10 2020